UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP SPECTOR, | ) | No. CV 12-5288-SJO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RALPH M. DIAZ, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 11, 2015.

*S. James Otero*
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE